UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| | : | |
| EBONY CORSEY | : | CR. NO. 14-686 (JBS) |
| | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 5TH day of DECEMBER, 2014

ORDERED that the Federal Public Defender for the District of New Jersey, (CHRISTOPHER O'MALLEY, AFPD) is hereby appointed to represent said defendant in this case

until further order of the Court.

_/s/ Jerome B. Simandle_
JEROME B. SIMANDLE
CHIEF UNITED STATES DISTRICT JUDGE